UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ISAAC WRIGHT et al.,

        Plaintiffs,

    – against –

NEW YORK CITY et al.,

        Defendants.
----------------------------------X

ORDER
02-CV-4251 (JFB) (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 3 2006 ★
TIME A.M. _____ P.M.

JOSEPH F. BIANCO, District Judge:

The above-entitled action has been re-assigned to the undersigned for all purposes.

On March 31, 2006, Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court grant defendants' motions to dismiss plaintiffs' complaints for failure to state a claim under Rule 12(b)(6). No objections having been filed, and after a careful review of Magistrate Judge Bloom's Report and Recommendation, the Court

HEREBY ADOPTS Magistrate Judge Bloom's Report and Recommendation in its entirety. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order will not be taken in good faith, and therefore *in forma pauperis* status is DENIED for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of the Court shall close this case.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    April 28, 2006
           Central Islip, NY