UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISAAC WRIGHT et al.,

                Plaintiffs,

  -against-

NEW YORK CITY et al.,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
02-CV- 4251 (JFB)

      An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on May 3, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated March 31, 2006, granting defendants' motion to dismiss plaintiffs' complaints for failure to state a claim under Rule 12(b)(6); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; that defendants' motion to dismiss plaintiffs' complaints for failure to state a claim is granted; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of an appeal.

Dated: Brooklyn, New York
       May 03, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court